GOLDSMITH & BURNS
ATTORNEY FOR THE PLAINTIFF
    18425 BURBANK BLVD., SUITE 708
    TARZANA, CA  91356
    818-708-2585
Attorneys for the Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
FEB - 3 1993
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                COURT NO: 91A 10898
            Plaintiff,

    v.                                    DEFAULT JUDGMENT

MICHAEL N. JINDE
A/K/A MICHAEL JINDE

            Defendant(s).

ENTERED
CLERK, U.S. DISTRICT COURT
FEB - 3 1993
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

    In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from MICHAEL N. JINDE the sum of $323.90 as principal, $11.05 as accrued prejudgment interest, $0 administrative charges, and $58.00 costs, plus $0 attorney fees for a total amount of $392.95, plus interest at the current rate until entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

    DATED:

                    FEB - 3 1993        LEONARD A. BROSNAN, CLERK
                                        U.S. District Court
                                        Central District of California

                                        By: _R. L. BYER_____
                                            Deputy Clerk